# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEBORAH LAUFER,** | : |
| Plaintiffs, | : |
| v. | : |
| | : Case No.: 2:20-cv-8219 |
| **DC HOSPITALITY SOUTH** | : |
| **PLAINFIELD LLC,** | : |
| Defendant. | : |
| _____ | : |

## NOTICE OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: August 20, 2020

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF,
DEBORAH LAUFER

1

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 20, 2020

_____
UNITED STATES DISTRICT JUDGE